# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:11-cv-02353-N |
| | § | |
| RESEARCH IN MOTION LIMITED, and | § | |
| RESEARCH IN MOTION | § | |
| CORPORATION | § | |
| | § | |
| Defendants. | § | |

## UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff MobileMedia Ideas LLC ("MMI") moves the Court for leave to file the Amended Complaint attached as Exhibit A. The Amended Complaint adds four new causes of action alleging that Defendants Research in Motion Limited and Research in Motion Corporation (collectively "RIM") infringe four additional patents (U.S. Patent Nos. 5,490,170, 6,049,796, 6,871,048 and 6,441,828). In addition, the Amended Complaint adds to the list of accused devices a number of products that have been released by RIM since the filing of the Complaint.

RIM does not oppose the relief requested by MMI in this motion.

Dated October 27, 2011

                                                */s/ Mark E. Turk*
                                                Michael P. Lynn
State Bar No. 12738500
Email: mlynn@lynnllp.com
Eric W. Pinker, P.C
State Bar No. 16016550
Email: epinker@lynnllp.com
Mark E. Turk
State Bar No. 00786298
Email: mturk@lynnllp.com
LYNN TILLOTSON PINKER & COX, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas  75201
(214) 981-3800
(214) 981-3839 – telecopier

Garrard Beeney
*Admitted pro hac vice*
Marc De Leeuw
*Admitted pro hac vice*
Adam R. Brebner
*Admitted pro hac vice*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Kenneth Rubenstein
*Admitted pro hac vice*
Anthony Coles
*Admitted pro hac vice*
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
(212) 969-3000

**ATTORNEYS FOR PLAINTIFF
MOBILEMEDIA IDEAS LLC**

## CERTIFICATE OF CONFERENCE

Counsel for MMI and counsel for RIM conferred by telephone regarding the relief requested in this motion. RIM is unopposed.

> */s/ Mark E. Turk*
> *Mark E. Turk*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2011, a copy of the foregoing was electronically filed. Notice of this filing will be sent to all counsel of record by operation of the Court's Electronic Filing System.

> */s/ Mark E. Turk*
> Mark E. Turk

4834-8719-2589, v. 1