**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC )<br> )<br>*Plaintiff,* )<br> )<br>vs. )<br> )<br>RESEARCH IN MOTION LIMITED and )<br>RESEARCH IN MOTION CORPORATION )<br> )<br>*Defendants.* )<br> ) | Case No. 3:11-CV-2353 |

**RESEARCH IN MOTION CORPORATION'S AND RESEARCH IN MOTION
LIMITED'S NOTICE OF SERVICE OF RESPONSES AND OBJECTIONS TO
<u>PLAINTIFF'S REQUESTS FOR PRODUCTION</u>**

Defendants Research In Motion Corporation and Research In Motion Limited ("RIM") hereby provide notice to the Court that on December 19, 2011, all counsel of record were served with RIM's Responses and Objections to Plaintiff MobileMedia Ideas LLC's Requests for Production.

Dated December 19, 2011

/s/ Wyley S. Proctor

John Russell Emerson
russ.emerson@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219-7673
Telephone: (214) 651-5328
Facsimile: (214) 200-0884

Mark G. Matuschak
mark.matuschak@wilmerhale.com
Wyley S. Proctor
wyley.proctor@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

S. Calvin Walden
calvin.walden@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Michael D. Jay
michael.jay@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on December 19, 2011, a true and correct copy of the above document was filed through the CM/ECF system of the Northern District of Texas and was served by that system on all counsel of record.

/s/ Wyley S. Proctor
Wyley S. Proctor
