UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC, § | |
| *Plaintiff* § | |
| § | |
| § | |
| v. § | Case No. _____3:11-cv-02353-N_____ |
| § | |
| RESEARCH IN MOTION LIMITED and § | |
| RESEARCH IN MOTION CORPORATION, § | |
| *Defendant* § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of) Wilmer Cutler Pickering Hale and Dorr LLP, with offices at

60 State Street
(Street Address)

| Boston | MA | 02109 |
|---|---|---|
| (City) | (State) | (Zip Code) |

(617) 526-6000
(Telephone No.)

**II.** Applicant will sign all filings with the name __Gregory H. Lantier__.

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

gregory.lantier@wilmerhale.com
(E-mail Address)

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Defendants Research in Motion Limited and Research in Motion Corporation

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of Virginia_____, where Applicant regularly practices law.

Bar license number: 65657     Admission date: October 2003

**Attach to this application an original certificate of good standing issued within the past 90 days from a state or the District of Columbia.**

For Court Use Only.
Bar Status Verified:

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| New York State Supreme Court | May 2010 | |
| United States District Court for the Eastern District of Pennsylvania | April 2007 | |
| Supreme Court of Virginia | October 2011 | |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

no

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

no

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

no

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:  Case No. And Style:

n/a

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

John Russell Emerson                                                                                   who has offices at

Haynes and Boone, LLP  2323 Victory Avenue, Suite 700
(Street Address)

Dallas                                                       Texas                         75219-7673
(City)                                                       (State)                       (Zip Code)

(214) 651-5000
(Telephone No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 26 day of January, 2012.

Gregory H. Lantier
Printed Name of Applicant

[signature]
Signature

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

GREGORY HAYES LANTIER

was admitted to practice as an attorney and counsellor at the bar of this Court on October 29, 2003.

I further certify that so far as the records of this office are concerned, GREGORY HAYES LANTIER is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 13th day of December
A.D. 2011

By: _____
　　　　　　　Deputy Clerk