# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| vs. | ) |
| | ) Case No. 3:11-CV-2353-N |
| RESEARCH IN MOTION LIMITED and | ) |
| RESEARCH IN MOTION CORPORATION | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

## DEFENDANTS RESEARCH IN MOTION LIMITED AND RESEARCH IN MOTION CORPORATION'S NOTICE OF DEPOSITION OF MASAAKI AKAHANE

PLEASE TAKE NOTICE that Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") will take the deposition upon oral examination of Masaaki Akahane commencing at 8:30 on February 23, 2012, at the United States Embassy in Tokyo, Japan, located at 1-10-5 Akasaka Minato-ku, Tokyo 107-8420, Japan.  The testimony shall be before a notary public or other person authorized to administer oaths.  Testimony shall be recorded by stenographic means and will also be videotaped.  The deposition will be taken for purposes of discovery, for use at trial in this matter, and for any other purposes permitted under the Federal Rules of Civil Procedure.  You are invited to attend and cross-examine.

February 16, 2012                                         Respectfully submitted,

                                                          By: /s/John R. Emerson
                                                          John R. Emerson
                                                          russ.emerson@haynesboone.com
                                                          HAYNES AND BOONE, LLP
                                                          2323 Victory Avenue; Suite 700
                                                          Dallas, TX 75219-7673
                                                          Telephone: 214.651.5328
                                                          Facsimile: 214.200.0884

*Of Counsel:*
Mark G. Matuschak *(Admitted Pro Hac Vice)*
mark.matuschak@wilmerhale.com
Wyley S. Proctor *(Admitted Pro Hac Vice)*
wyley.proctor@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

S. Calvin Walden *(Admitted Pro Hac Vice)*
calvin.walden@wilmerhale.com
Kate Hutchins *(Admitted Pro Hac Vice)*
kate.hutchins@wilmerhale.com
Martin E. Gilmore *(Admitted Pro Hac Vice)*
martin.gilmore@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

James M. Dowd *(Admitted Pro Hac Vice)*
james.dowd@wilmerhale.com
Michael D. Jay *(Admitted Pro Hac Vice)*
Michael.jay@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

***Attorneys for Research In Motion Limited and Research In Motion Corporation***

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on February 16, 2012, a copy of the foregoing was electronically filed. Notice of this filing will be sent to all counsel of record by operation of the Court's Electronic Filing System.

      /s/   John R. Emerson