# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **MOBILEMEDIA IDEAS LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | **CIVIL ACTION NO. 3:11-cv-02353-N** |
| **RESEARCH IN MOTION LIMITED and** § | |
| **RESEARCH IN MOTION CORPORATION** § | |
| § | |
| **Defendants.** § | |
| § | |
| § | |

## MOBILEMEDIA IDEAS LLC's NOTICE OF COMPLIANCE

Plaintiff MobileMedia Ideas, LLC ("MMI") hereby notifies the Court that, pursuant to the Court's Scheduling Order dated March 9, 2012 (Dkt. No. 222) and paragraph 4-1 of Amended Miscellaneous Order No. 62, on March 26, 2012 MMI served a list of proposed terms and claim elements for construction upon Defendants Research in Motion Limited and Research in Motion Corporation.

Date: March 26, 2012                                 Respectfully submitted,

/s/ *Mark E. Turk*
Michael P. Lynn
State Bar No. 12738500
Email: mlynn@lynnllp.com
Eric W. Pinker, P.C.
State Bar No. 16016550
Email: epinker@lynnllp.com
Mark E. Turk
State Bar No. 00786298
Email: mturk@lynnllp.com
LYNN TILLOTSON PINKER & COX, LLP
2100 Ross Avenue, Suite 2700
Dallas, TX 75201

Tel: (214) 981-3800
Fax: (214) 981-3839

PROSKAUER ROSE LLP
Steven M. Bauer (*admitted pro hac vice*)
Justin J. Daniels *
Safraz W. Ishmael *
One International Place
Boston, MA 02110-2600
(617) 526-9600

PROSKAUER ROSE LLP
Kenneth Rubenstein (*admitted pro hac vice*)
Anthony C. Coles (*admitted pro hac vice*)
Alan Federbush (*admitted pro hac vice*)
Eleven Times Square
New York, NY 10036
(212) 969-3000

* Application for admission *pro hac vice* filed

*Attorneys for Plaintiff MobileMedia Ideas LLC*

CERTIFICATE OF SERVICE

    The undersigned certifies that on March 26, 2012, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule Cv-5(a)(3). Any other counsel of record will be served via first class mail and/or facsimile.

*/s/ Mark Turk*
Mark E. Turk