IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> RESEARCH IN MOTION LIMITED and § <br> RESEARCH IN MOTION CORPORATION, § <br> § <br> Defendants. § <br> § | Civil Action No. 3:11-cv-02353-N |

**RESEARCH IN MOTION LIMITED AND RESEARCH IN MOTION
CORPORATION'S NOTICE OF COMPLIANCE**

Defendants Research in Motion Limited and Research in Motion Corporation (collectively "RIM") hereby notify the Court that, pursuant to the Court's Scheduling Order dated March 9, 2012 [Dkt. No. 222] and Paragraph 4-1 of Amended Miscellaneous Order No. 62, on March 26, 2012, RIM served a list of proposed terms and claim elements for construction upon Plaintiff, MobileMedia Ideas LLC.  Additionally, on March 26, 2012, RIM served Defendants' Second Supplemental Invalidity Contentions upon Plaintiff, MobileMedia Ideas LLC.

Date:  March 27, 2012

Respectfully submitted,

By:   /s. John R. Emerson
John R. Emerson
russ.emerson@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219-7673
Telephone: 214.651.5328
Facsimile: 214.200.0884

1

*Of Counsel:*
Mark G. Matuschak *(Admitted Pro Hac Vice)*
mark.matuschak@wilmerhale.com
Wyley S. Proctor *(Admitted Pro Hac Vice)*
wyley.proctor@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

S. Calvin Walden *(Admitted Pro Hac Vice)*
calvin.walden@wilmerhale.com
Kate Hutchins *(Admitted Pro Hac Vice)*
kate.hutchins@wilmerhale.com
Martin E. Gilmore *(Admitted Pro Hac Vice)*
martin.gilmore@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

James M. Dowd *(Admitted Pro Hac Vice)*
james.dowd@wilmerhale.com
Michael D. Jay *(Admitted Pro Hac Vice)*
Michael.jay@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

***Attorneys for Research In Motion Limited and Research In Motion Corporation***

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing Notice of Compliance of Defendants Research in Motion Limited and Research in Motion Corporation on all counsel of record who have consented to electronic service according to the Federal Rules of Civil Procedure on this the 27th day of March, 2012.

                                            /s/ John R. Emerson
                                            John R. Emerson