# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **MOBILEMEDIA IDEAS LLC,** | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § CIVIL ACTION NO. 3:11-cv-02353-N |
| **RESEARCH IN MOTION LIMITED** and | § |
| **RESEARCH IN MOTION CORPORATION** | § |
| | § |
| Defendants. | § |
| | § |
| | § |

## MOBILEMEDIA IDEAS LLC's NOTICE OF COMPLIANCE

Plaintiff MobileMedia Ideas, LLC hereby notifies the Court that, pursuant to the Court's Scheduling Order dated March 9, 2012 (Dkt. No. 222) and paragraph 4-2 of Amended Miscellaneous Order No. 62, on April 2, 2012 MMI served its preliminary claim constructions and a preliminary identification of extrinsic evidence upon Defendants Research in Motion Limited and Research in Motion Corporation.

Date: April 2, 2012

Respectfully submitted,

/s/ *Mark E. Turk*
Michael P. Lynn
State Bar No. 12738500
Email: mlynn@lynnllp.com
Eric W. Pinker, P.C.
State Bar No. 16016550
Email: epinker@lynnllp.com
Mark E. Turk
State Bar No. 00786298
Email: mturk@lynnllp.com
LYNN TILLOTSON PINKER & COX, LLP
2100 Ross Avenue, Suite 2700
Dallas, TX 75201

Tel: (214) 981-3800
Fax: (214) 981-3839

PROSKAUER ROSE LLP
Steven M. Bauer (*admitted pro hac vice*)
Justin J. Daniels *
Safraz W. Ishmael *
One International Place
Boston, MA 02110-2600
(617) 526-9600

PROSKAUER ROSE LLP
Kenneth Rubenstein (*admitted pro hac vice*)
Anthony C. Coles (*admitted pro hac vice*)
Alan Federbush (*admitted pro hac vice*)
Eleven Times Square
New York, NY 10036
(212) 969-3000

* Application for admission *pro hac vice* filed

*Attorneys for Plaintiff MobileMedia Ideas LLC*

## CERTIFICATE OF SERVICE

    The undersigned certifies that on April 2, 2012, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule Cv-5(a)(3). Any other counsel of record will be served via first class mail and/or facsimile.

*/s/ Mark Turk*
Mark E. Turk

4849-4340-7887, v.  2