IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:11-cv-02353-N |
| | § | |
| RESEARCH IN MOTION LIMITED, and | § | |
| RESEARCH IN MOTION | § | |
| CORPORATION | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

On this date came for consideration the Unopposed Motion to Withdraw as Counsel. The Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED that the Unopposed Motion to Withdraw as Counsel be and hereby is GRANTED, and that Garrard R. Beeney, Adam R. Brebner, Victoria A. Coyle, Marc De Leeuw, David R. Dehoney, Taly Dvorkis, Diana G. Iskelov and Jane J. Jaang and the law firm of Sullivan & Cromwell LLP are no longer counsel of record for MobileMedia Ideas LLC.

SIGNED April 6, 2012.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE