# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **MOBILEMEDIA IDEAS LLC** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:11-cv-02353-N |
| | § | |
| **RESEARCH IN MOTION LIMITED, and** | § | |
| **RESEARCH IN MOTION** | § | |
| **CORPORATION** | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

On this date came for consideration the Unopposed Motion to Withdraw as Counsel. The Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED that the Unopposed Motion to Withdraw as Counsel be and hereby is GRANTED, and that Edward J. DeFranco, Kevin P.B. Johnson, Alexander Rudis, Matthew A. Traupman and Anastasia M. Fernands and the law firm of Quinn Emanuel Urquhart & Sullivan LLP are no longer counsel of record for MobileMedia Ideas LLC.

SIGNED April 6, 2012.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE