IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| RESEARCH IN MOTION, LIMITED and | § | 3:11-cv-02353-N |
| RESEARCH IN MOTION CORPORATION, | § | |
| | § | |
| Defendants | § | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

On this date, the Court considered and found merit in Defendants Research in Motion, Limited and Research in Motion Corporation's ("collectively, RIM") Unopposed Motion to Withdraw as Counsel.

IT IS THEREFORE ORDERED that RIM's Unopposed Motion to Withdraw as Counsel is hereby GRANTED and Kate Hutchins is withdrawn as counsel for Defendants Research in Motion, Limited and Research in Motion Corporation.

SIGNED April 27, 2012.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE