IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-2353-N |
| | § | |
| RESEARCH IN MOTION LIMITED, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This Order addresses Defendants Research in Motion Limited and Research in Motion Corporation's motion for status conference [243]. The Court grants the motion and sets the status conference for Thursday, May 17, 2012 at 9:30 a.m. in Courtroom 1505. The parties should be prepared to address any of the topics proposed in their briefs [243, 245].

Signed May 2, 2012.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE