IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| MobileMedia Ideas LLC., | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | Case No. 3:11-cv-2353-N |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| Research In Motion Limited., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND

This Court, having read and considered Research In Motion Limited and Research In Motion Corporation's Unopposed Motion to Extend, is of the opinion that the Motion should be GRANTED. It is therefore ORDERED that the deadlines set forth in the Scheduling Order (Dkt. No. 222) entered in this case are amended as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Comply with § 4-4 | April 30, 2012 | May 7, 2012 |
| Comply with § 4-5(a) | May 7, 2012 | May 14, 2012 |
| Comply with § 4-5(b) | May 21, 2012 | May 29, 2012 |

SIGNED May 4, 2012.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

D-2055663/36928.150