IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MobileMedia Ideas LLC., | § | |
| | § | |
| Plaintiff, | § | Case No. 3:11-cv-2353-N |
| | § | |
| vs. | § | JURY TRIAL DEMANDED |
| | § | |
| Research In Motion Limited., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Defendants Research In Motion Limited's and Research In Motion Corporation's and Plaintiff MobileMedia Ideas, Inc.'s Joint Motion to Stay. The Court hereby GRANTS the motion and ORDERS that the Fourteenth cause of action of the Amended Complaint (Dkt. No. 164), and the First through Fifth, Fourteenth, Seventeenth through Twenty-First, Thirtieth, Thirty-Third through Thirty-Seventh, and Forty-Sixth Causes of Action of the Counterclaims (Dkt. No. 178) are stayed for the entirety of the period that litigation concerning causes of action One through Five of the Amended Complaint (Dkt. No. 164) is stayed.

SIGNED May 4, 2012.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

D-2056322 /36928.150