# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC, | |
| *Plaintiff*, | Civil Case No. 3:11-cv-02353-N |
| v. | Jury Trial Demanded |
| RESEARCH IN MOTION LIMITED et al., | |
| *Defendants*. | |

### ORDER FOR AN EXPEDITED RESPONSE TO DEFENDANTS' ASSENTED-TO MOTION TO STRIKE PLAINTIFF'S "REBUTTAL" EXPERT TESTIMONY

So that the parties may address Defendants' Motion To Exclude Plaintiff's "Rebuttal" Expert Testimony For Failure To Comply With The Local Rules And The Court's Scheduling Order at the status conference scheduled for this case at 9:30am on May 17, 2012, Plaintiff shall respond to Defendants' motion no later than Tuesday, May 15, 2012.

Signed May 10, 2012.

_____
David C. Godbey
United States District Court Judge