**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:11-cv-02353-N |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| RESEARCH IN MOTION LIMITED and ) | |
| RESEARCH IN MOTION ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**MMI'S RESPONSE TO EMERGENCY
MOTION TO EXTEND BRIEFING DEADLINES**

Plaintiff MobileMedia Ideas LLC ("MMI") respectfully states that while it does oppose an open ended extension, it does not oppose the limited one week extensions requested in defendants' "Emergency Motion To Extend Briefing Deadlines" (Dkt. No. 265).

May 11, 2012

Respectfully submitted,

*/s/ Eric W. Pinker*
Michael P. Lynn
State Bar No. 12738500
Email: mlynn@lynnllp.com
Eric W. Pinker, P.C.
State Bar No. 16016550
Email: epinker@lynnllp.com
Mark E. Turk
State Bar No. 00786298
Email: mturk@lynnllp.com
LYNN TILLOTSON PINKER & COX, LLP
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
Tel: (214) 981-3800
Fax: (214) 981-3839

        PROSKAUER ROSE LLP
Steven M. Bauer (*admitted pro hac vice*)
Justin J. Daniels (*admitted pro hac vice*)
Safraz W. Ishmael (*admitted pro hac vice*)
One International Place
Boston, MA 02110-2600
(617) 526-9600

PROSKAUER ROSE LLP
Kenneth Rubenstein (*admitted pro hac vice*)
Anthony C. Coles (*admitted pro hac vice*)
Alan Federbush (*admitted pro hac vice*)
Eleven Times Square
New York, NY 10036
(212) 969-3000

*Attorneys for Plaintiff MobileMedia Ideas LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 11, 2012, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule Cv-5(a)(3). Any other counsel of record will be served via first class mail and/or facsimile.

        */s/ Eric W. Pinker*
        Eric W. Pinker, P.C.