UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § CIVIL ACTION NO. 3:11-cv-02353-N <br> RESEARCH IN MOTION LIMITED § <br> and RESEARCH IN MOTION § <br> CORPORATION § <br> § <br> Defendants. § <br> § | |

## ORDER GRANTING EMERGENCY
## MOTION TO EXTEND BRIEFING DEADLINES

This Court, having read and considered Research In Motion, Ltd. and Research In Motion Corporation's Emergency Motion to Extend Briefing Deadlines, is of the opinion that the Motion should be GRANTED. It is therefore ORDERED that the deadlines set for in the Order dated May 4, 2012 (Dkt. No. 256) entered in this case are amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Comply with § 4-5(a) | May 14, 2012 | May 21, 2012 |
| Comply with § 4-5(b) | May 29, 2012 | June 4, 2012 |

SIGNED May 11, 2012.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE