UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:11-cv-02353-N |
| RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION | § § § | |
| | § | |
| Defendants. | § § | |

**ORDER GRANTING JOINT MOTION FOR LEAVE**
**TO EXCEED PAGE LIMITSFOR CLAIM CONSTRUCTION BRIEFS**

Pending before the Court is the parties' Joint Motion for Leave to Exceed Page Limits for Claim Construction Briefs. The Court hereby GRANTS the motion and ORDERS that the parties' Claim Construction Briefs may be enlarged not to exceed fifty pages, excluding the table of contents and table of authorities..

SIGNED May 14, 2012.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE