# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>RESEARCH IN MOTION LIMITED and<br>RESEARCH IN MOTION CORPORATION<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case Action No. 3:11-cv-02353-N<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RESEARCH IN MOTION LIMITED AND RESEARCH IN MOTION CORPORATION'S NOTICE OF WITHDRAWAL OF AMENDED UNOPPOSED MOTION FOR COMMISSION FOR DEPOSITION IN JAPAN

Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") respectfully withdraw their Amended Unopposed Motion for Commission for Deposition in Japan (Docket No. 269), as the Court has granted RIM's  Unopposed Motion for Commission for Deposition in Japan (Docket No. 271).

Respectfully submitted,

May  14, 2012

By: /s/ John Russell Emerson
John Russell Emerson
Texas State Bar No. 24002053
russ.emerson@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219-7673
Tel: (214) 651-5328
Fax: (214) 200-0884

*Of Counsel:*
Mark G. Matuschak

mark.matuschak@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

S. Calvin Walden
calvin.walden@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Gregory H. Lantier
gregory.lantier@wilmerhale.com
Robert J. Gajarsa
robert.gajarsa@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

James M. Dowd
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5300
Fax: (213) 443-5400

***Attorneys for Research In Motion Limited and Research In Motion Corporation***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule 5.1.  As such, this document was served on all counsel who have consented to electronic service on this 14th day of May, 2012.


<u>/s/ John Russell Emerson</u>
John Russell Emerson