IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:11-cv-02353-N |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| RESEARCH IN MOTION LIMITED and | ) | |
| RESEARCH IN MOTION | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER GRANTING EMERGENCY
UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINE

This Court, having read and considered MobileMedia Ideas, LLC's Emergency Unopposed Motion to Extend Briefing Deadline, is of the opinion that the Motion should be GRANTED. It is therefore ORDERED that the deadline set forth in the Order dated May 11, 2012 (Dkt. No. 268) entered in this case is amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Comply with § 4-5(b) | June 4, 2012 | June 8, 2012 |

SIGNED June 1, 2012.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE