IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>RESEARCH IN MOTION LIMITED and<br>RESEARCH IN MOTION CORPORATION<br><br>        Defendants. | §<br>§<br>§<br>§<br>§   Case Action No. 3:11-cv-02353-N<br>§<br>§<br>§<br>§<br>§ |

## RIM'S NOTICE OF CORRECTION

On April 24, 2012 the parties filed their Joint Claim Construction and Prehearing Statement [Doc. No. 249]. It has recently come to RIM's attention that its proposed construction for the "means for performing . . . a pad function . . ." limitation (U.S. Patent No. 5,737,394) contains a typographical error. Specifically, the correct word "missed" was inadvertently replaced with "dismissed." Thus, the corrected proposed construction for this limitation is:

> Function: performing a pad function which enables telephone numbers that have been any of dialed by an operator, received by said telephone apparatus, and **missed** by said operator to be reviewed.

> Structure: Soft keys 20, processor 50, memory 52, display 18, scroll button 32, and software for presenting the algorithm illustrated in Figure 7 and described in cols. 11:7-12:32.

This error is also found in the claim charts in RIM's claim-construction briefing. See RIM's Claim Construction Br. [Doc. No. 276] at 41 and RIM's Reply To MMI's Opening Claim Construction Br. [Doc. No. 286] at 37.

RIM therefore respectfully requests that the Court take notice of its corrected proposed claim construction.

Respectfully submitted,

By: /s/ John R. Emerson
John R. Emerson
Texas State Bar No. 24002053
russ.emerson@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219-7673
Tel: (214) 651-5328
Fax: (214) 200-0884

*Of Counsel:*
Mark G. Matuschak
mark.matuschak@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

S. Calvin Walden
calvin.walden@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Gregory H. Lantier
gregory.lantier@wilmerhale.com
Robert J. Gajarsa
robert.gajarsa@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

        James M. Dowd
        james.dowd@wilmerhale.com
        WILMER CUTLER PICKERING HALE AND DORR LLP
        350 South Grand Avenue, Suite 2100
        Los Angeles, CA 90071
        Tel: (213) 443-5300
        Fax: (213) 443-5400

*Attorneys for Research In Motion Limited and Research In Motion Corporation*

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule 5.1. As such, this document was served on all counsel who have consented to electronic service on this 29th day of June, 2012.

        /s/ John R. Emerson
        John R. Emerson