2353UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MOBILEMEDIA IDEAS LLC,

        Plaintiff,

   v.

RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION,

        Defendants.

Civ. Action No. 11-cv-02353-N

NOTICE OF CHANGE OF ADDRESS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that effective July 16, 2012, the New York Office of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP is relocating to 7 World Trade Center, New York, New York 10007.  All facsimile and telephone numbers will remain the same.

Dated: New York, New York
       July 17, 2012

                                        WILMER CUTLER PICKERING HALE
                                         AND DORR LLP

                                         /s/ Victor F. Souto
                                         Victor F. Souto
                                         7 World Trade Center
                                         New York, NY 10007
                                         (212) 230-8800
                                         (212) 230-8888 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2012, a copy of the foregoing was electronically filed. Notice of this filing will be sent to all counsel of record by operation of the Court's Electronic Filing System.

/s/Victor Souto___
Victor Souto