**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:11-cv-02353-N |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| RESEARCH IN MOTION LIMITED and | ) | |
| RESEARCH IN MOTION | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR ENTRY OF AMENDED AGREED PROTECTIVE ORDER

Plaintiff MobileMedia Ideas, LLC ("MobileMedia") and defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") respectfully move this Court for entry of the attached proposed Amended Agreed Protective Order, which makes certain amendments to the source code provisions in Paragraph 10. The proposed Order is attached as Exhibit A and a redline showing the differences between the amended and current Order (Dkt. No. 101) is attached as Exhibit B.

## CONCLUSION

Accordingly, the parties respectively request that the Court enter the attached proposed Amended Agreed Protective Order.


July 31, 2012                                    Respectfully submitted,


By: */s/ Justin J. Daniels*                      By*: /s/ S. Calvin Walden*
Michael P. Lynn                                  John R. Emerson
State Bar No. 12738500                           russ.emerson@haynesboone.com
Email: mlynn@lynnllp.com                         HAYNES AND BOONE, LLP
Eric W. Pinker, P.C.                             2323 Victory Avenue
State Bar No. 16016550                           Suite 700
Email: epinker@lynnllp.com                       Dallas, TX 75219-7673
Mark E. Turk                                     Telephone: 214.651.5328
State Bar No. 00786298                           Facsimile: 214.200.0884
Email: mturk@lynnllp.com
LYNN TILLOTSON PINKER & COX, LLP                 Mark G. Matuschak
2100 Ross Avenue, Suite 2700                     mark.matuschak@wilmerhale.com
Dallas, TX 75201                                 WILMER CUTLER PICKERING
Tel: (214) 981-3800                              HALE AND DORR LLP
Fax: (214) 981-3839                              60 State Street
                                                 Boston, Massachusetts 02109
PROSKAUER ROSE LLP                               Telephone: (617) 526-6000
Steven M. Bauer (*admitted pro hac vice*)        Facsimile: (617) 526-5000
Justin J. Daniels (*admitted pro hac vice*)
Safraz W. Ishmael (*admitted pro hac vice*)      S. Calvin Walden
One International Place                           calvin.walden@wilmerhale.com
Boston, MA 02110-2600                            WILMER CUTLER PICKERING
(617) 526-9600                                   HALE AND DORR LLP
                                                 399 Park Avenue
PROSKAUER ROSE LLP                               New York, NY 10022
Kenneth Rubenstein (*admitted pro hac vice*)     Telephone: (212) 230-8800
Anthony Coles (*admitted pro hac vice*)          Facsimile: (212) 230-8888
Alan Federbush (*admitted pro hac vice*)
Eleven Times Square                              James M. Dowd
New York, NY 10036                               james.dowd@wilmerhale.com
(212) 969-3000                                   WILMER CUTLER PICKERING
                                                 HALE AND DORR LLP
*Attorneys for Plaintiff*                        350 South Grand Avenue, Suite 2100
*MobileMedia Ideas LLC*                          Los Angeles, CA 90071
                                                 Telephone: (213) 443-5300
                                                 Facsimile: (213) 443-5400

Gregory H. Lantier
gregory.lantier@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Joe W. Redden, Jr.
State Bar No. 16660600
jredden@brsfirm.com
Michael Richardson
State Bar No. 24002838
mrichardson@brsfirm.com
BECK REDDEN & SECREST, LLP
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

*Attorneys for Defendants*
*Research in Motion Limited and*
*Research in Motion Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 31, 2012, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule Cv-5(a)(3).

*/s/ Mark E. Turk*
Mark E. Turk

3