ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS LLC, | § | |
| Plaintiff | § § § | |
| v. | § § | Case No. 3:11-cv-02353-N |
| RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION, Defendant | § § § § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Wilmer Cutler Pickering Hale and Dorr LLP _____, with offices at

1875 Pennsylvania Avenue NW
(Street Address)

Washington                                DC                   20006
(City)                                    (State)              (Zip Code)

202-663-6270
(Telephone No.)

**II.** Applicant will sign all filings with the name Heather D. Schafroth

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

heather.schafroth@wilmerhale.com
(E-mail Address)

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Defendants Research In Motion Limited and Research In Motion Corporation

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.  Applicant is a member in good standing of the bar of the highest court of the state of the District of Columbia                    , where Applicant regularly practices law.

Bar license number: _____999263_____  Admission date: _____February 7, 2011_____

**Attach to this application an original certificate of good standing issued within the past 90 days from a state or the District of Columbia.**

For Court Use Only.
Bar Status Verified:
_____

V.  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. District Court for the District of Columbia | April 4, 2011 | Active |
| U.S. Court of Appeals for the Federal Circuit | July 10, 2009 | Active |
| Commonwealth of Massachusetts | December 11, 2008 | Active |

(please see the additional page for additional courts)

VI.  Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:       Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

John Russell Emerson _____ who has offices at

Haynes and Boone, LLP 2323 Victory Avenue, Suite 700 _____
(Street Address)

Dallas _____  Texas _____  75219-7673 _____
(City)                   (State)         (Zip Code)

(214) 651-5000 _____.
(Telephone No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 1st day of August, 2012.

Heather Schafroth _____
Printed Name of Applicant

*Heather Schafroth* _____
Signature

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Application For Admission *Pro Hac Vice*

Heather D. Schafroth

V. Applicant has also been admitted to practice before the following courts (continued):

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| State of New York | 1/22/2009 | Yes |
| District of Columbia | 2/7/2011 | Yes |
| U.S. Court of Appeals for the D.C. Circuit | 4/16/2010 | Yes |
| U.S. Court of Appeals for Veterans Claims | 7/22/2011 | Yes |



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**HEATHER DAWN SCHAFROTH**

was on the 7TH day of FEBRUARY, 2011 duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 27, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk