IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| RESEARCH IN MOTION LIMITED and | § | 3:11-cv-02353-N |
| RESEARCH IN MOTION CORPORATION, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER GRANTING UNOPPOSED MOTION**
**FOR WITHDRAWAL OF COUNSEL**

On this date, the Court considered and found merit in Defendants Research In Motion Limited and Research In Motion Corporation's (collectively, "RIM") Unopposed Motion for Withdrawal of Counsel.

IT IS THEREFORE ORDERED that RIM's Unopposed Motion for Withdrawal of Counsel is hereby GRANTED and Jimmy Doan is withdrawn as counsel for Defendants Research In Motion Limited and Research In Motion Corporation.

Sigend August 17, 2012.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE