**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:11-cv-02353-N |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**JOINT NOTICE OF MEDIATION**

Pursuant to paragraph 9 of the Court's July 30, 2012 Discovery Order (D.I. 300), the parties hereby provide notice that they have agreed to use one of the following two mediators, depending on their availability:

    Hon. David Folsom, Retired U.S. District Judge, E.D. Texas
    Jackson Walker LLP
    901 Main Street, Suite 6000
    Dallas, TX 75202

    Hon. Robert Faulkner, Retired Magistrate Judge, E.D. Texas
    8401 N. Central Expressway
    Suite 610
    Dallas, TX 75225.

| | |
|---|---|
| August 29, 2012 | Respectfully submitted, |

| | |
|---|---|
| */s/ Justin J. Daniels* | */s/ S. Calvin Walden (with permission)* |
| Michael P. Lynn | John R. Emerson |
| State Bar No. 12738500 | russ.emerson@haynesboone.com |
| Email: mlynn@lynnllp.com | HAYNES AND BOONE, LLP |
| Eric W. Pinker, P.C. | 2323 Victory Avenue |
| State Bar No. 16016550 | Suite 700 |
| Email: epinker@lynnllp.com | Dallas, TX 75219-7673 |
| Mark E. Turk | Telephone: 214.651.5328 |
| State Bar No. 00786298 | Facsimile: 214.200.0884 |
| Email: mturk@lynnllp.com | |
| LYNN TILLOTSON PINKER & COX, LLP | Mark G. Matuschak |
| 2100 Ross Avenue, Suite 2700 | mark.matuschak@wilmerhale.com |
| Dallas, TX 75201 | WILMER CUTLER PICKERING |
| Tel: (214) 981-3800 | HALE AND DORR LLP |
| Fax: (214) 981-3839 | 60 State Street |
| | Boston, Massachusetts 02109 |
| Steven M. Bauer (*admitted pro hac vice*) | Telephone: (617) 526-6000 |
| sbauer@proskauer.com | Facsimile: (617) 526-5000 |
| Justin J. Daniels (*admitted pro hac vice*) | |
| jdaniels@proskauer.com | S. Calvin Walden |
| Safraz W. Ishmael (*admitted pro hac vice*) | calvin.walden@wilmerhale.com |
| sishmael@proskauer.com | WILMER CUTLER PICKERING |
| PROSKAUER ROSE LLP | HALE AND DORR LLP |
| One International Place | 399 Park Avenue |
| Boston, MA 02110-2600 | New York, NY 10022 |
| (617) 526-9600 | Telephone: (212) 230-8800 |
| | Facsimile: (212) 230-8888 |
| Kenneth Rubenstein (*admitted pro hac vice*) | |
| krubenstein@proskauer.com | James M. Dowd |
| Anthony Coles (*admitted pro hac vice*) | james.dowd@wilmerhale.com |
| acoles@proskauer.com | WILMER CUTLER PICKERING |
| Alan Federbush (*admitted pro hac vice*) | HALE AND DORR LLP |
| afederbush@proskauer.com | 350 South Grand Avenue, Suite 2100 |
| PROSKAUER ROSE LLP | Los Angeles, CA 90071 |
| Eleven Times Square | Telephone: (213) 443-5300 |
| New York, NY 10036 | Facsimile: (213) 443-5400 |
| (212) 969-3000 | |
| | Gregory H. Lantier |
| *Attorneys for Plaintiff* | gregory.lantier@wilmerhale.com |
| *MobileMedia Ideas LLC* | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 1875 Pennsylvania Avenue, NW |
| | Washington, DC 20006 |

                    Telephone: (202) 663-6000
                    Facsimile: (202) 663-6363

                    Joe W. Redden, Jr.
                    State Bar No. 16660600
                    jredden@brsfirm.com
                    Michael Richardson
                    State Bar No. 24002838
                    mrichardson@brsfirm.com
                    BECK REDDEN & SECREST, LLP
                    One Houston Center
                    1221 McKinney Street, Suite 4500
                    Houston, Texas 77010
                    Telephone: (713) 951-3700
                    Facsimile: (713) 951-3720

                    *Attorneys for Defendants*
                    *Research in Motion Limited and*
                    *Research in Motion Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 29, 2012, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule Cv-5(a)(3).

                    */s/ Justin J. Daniels*
                    Justin J. Daniels