IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:11-cv-02353-N |
| | § | |
| RESEARCH IN MOTION LIMITED and | § | |
| RESEARCH IN MOTION CORPORATION, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Pursuant to Local Civil Rule 83.12, Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") respectfully request that Robert J. Gajarsa be permitted to withdraw as counsel of record for RIM in this matter. Mr. Gajarsa no longer works for the law firm Wilmer Cutler Pickering Hale and Dorr LLP. No other changes are requested at this time regarding the other attorneys acting as RIM's counsel of record.

Respectfully submitted,

Date: September 14, 2012

*/s/ John R. Emerson*
John R. Emerson
russ.emerson@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219-7673
Telephone: (214) 651-5328
Facsimile: (214) 200-0884

*Of Counsel:*

Mark G. Matuschak (*Admitted Pro Hac Vice*)
mark.matuschak@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000


S. Calvin Walden (*Admitted Pro Hac Vice*)
calvin.walden@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:  (212) 230-8800
Facsimile: (212) 230-8888


James M. Dowd (*Admitted Pro Hac Vice*)
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400


Gregory Lantier (*Admitted Pro Hac Vice*)
gregory.lantier@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (213) 663-6363


**ATTORNEYS FOR DEFENDANTS
RESEARCH IN MOTION LIMITED AND
RESEARCH IN MOTION CORPORATION**

## CERTIFICATE OF CONFERENCE

I, John R. Emerson, counsel for Research In Motion Limited and Research In Motion Corporation, conferred with Mark Turk, counsel for Plaintiff, MobileMedia Ideas LLC, regarding the foregoing motion. Mr. Turk indicated that Plaintiff does not oppose the foregoing motion.

/s/ *John R. Emerson*
John R. Emerson

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule 5.1. As such, this document was served on all counsel who have consented to electronic service on this 14th day of September, 2012.

/s/ *John R. Emerson*
John R. Emerson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| RESEARCH IN MOTION LIMITED and | § | 3:11-cv-02353-N |
| RESEARCH IN MOTION | § | |
| CORPORATION, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION
## FOR WITHDRAWAL OF COUNSEL

On this date, the Court considered and found merit in Defendants Research In Motion Limited and Research In Motion Corporation's (collectively, "RIM") Unopposed Motion for Withdrawal of Counsel.

IT IS THEREFORE ORDERED that RIM's Unopposed Motion for Withdrawal of Counsel is hereby GRANTED and Robert J. Gajarsa is withdrawn as counsel for Defendants Research In Motion Limited and Research In Motion Corporation.

SO ORDERED this ____ day of September, 2012.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE