**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS LLC | § § | |
| *Plaintiff,* | § § | |
| vs. | § § | CIVIL ACTION NO. |
| RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION | § § § § | 3:11-CV-2353-N |
| *Defendants.* | § § § | |

## JOINT MOTION TO AMEND TO THE AGREED PROTECTIVE ORDER

Plaintiff MobileMedia Ideas, LLC ("MobileMedia") and defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") respectfully move this Court for entry of the attached proposed Second Amended Agreed Protective Order, which adds the designation "[THIRD PARTY] HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" for highly confidential information provided to a Producing Party by a non-party to this litigation. The proposed Order is attached as Exhibit A and a redline showing the differences between the amended and current Order (Dkt. No. 314) is attached as Exhibit B.

Respectfully submitted,

By: /s/ Justin J. Daniels
Michael P. Lynn
State Bar No. 12738500
Email: mlynn@lynnllp.com
Eric W. Pinker, P.C.
State Bar No. 16016550
Email: epinker@lynnllp.com
Mark E. Turk
State Bar No. 00786298
Email: mturk@lynnllp.com
LYNN TILLOTSON PINKER & COX, LLP
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
Tel: (214) 981-3800
Fax: (214) 981-3839
*Of Counsel:*

PROSKAUER ROSE LLP
Steven M. Bauer (*admitted pro hac vice*)
Justin J. Daniels (*admitted pro hac vice*)
Safraz W. Ishmael (*admitted pro hac vice*)
One International Place
Boston, MA 02110-2600
(617) 526-9600

PROSKAUER ROSE LLP
Kenneth Rubenstein (*admitted pro hac vice*)
Anthony Coles (*admitted pro hac vice*)
Alan Federbush (*admitted pro hac vice*)
Eleven Times Square
New York, NY 10036
(212) 969-3000

***Attorneys for MobileMedia Ideas LLC***

By: /s/ John R. Emerson
John Russell Emerson
Texas State Bar No. 24002053
russ.emerson@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219-7673
Tel.: 214.651.5328
Fax: 214.200.0884

*Of Counsel:*
Mark G. Matuschak
mark.matuschak@wilmerhale.com
Vinita Ferrera
vinita.ferrera@wilmerhale.com
Wyley S. Proctor
wyley.proctor@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000

Gregory H. Lantier
gregory.lantier@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363

S. Calvin Walden
calvin.walden@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888

James M. Dowd
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel.: (213) 443-5300
Fax: (213) 443-5400

***Attorneys for Research In Motion Limited and Research In Motion Corporation***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule 5.1. As such, this document was served on all counsel who have consented to electronic service on this 5th day of October, 2012.

/s/ John R. Emerson