**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| MOBILEMEDIA IDEAS, LLC<br><br>        Plaintiff,<br><br>  v.<br><br>RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION<br><br>        Defendants. | Civil Action No. 3:11-CV-2353-N<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiff, MobileMedia Ideas, LLC, files this Notice of Appearance of Counsel, and hereby notifies the Court that Richard A. Sayles of the law firm Sayles Werbner, P.C., 4400 Renaissance Tower, 1201 Elm Street, Dallas, Texas 75270, is appearing as counsel for Plaintiff, MobileMedia Ideas, LLC, in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced below.

Dated: October 25, 2012

/s/ Richard A. Sayles
Richard A. Sayles (dsayles@swtriallaw.com)
Mark D. Strachan (mstrachan@swtriallaw.com)
**SAYLES WERBNER**
1201 Elm Street, 44th Floor
Dallas, TX 75270
Telephone: (214) 939-8700
Facsimile: (214) 939-8787

*Attorneys for Plaintiff MobileMedia Ideas, LLC*

2

**CERTIFICATE OF SERVICE**

I certify that counsel of record have been served with a copy of the foregoing document via the Court's CM/ECF system according to Local Rule CV-5 on this 25th day of October, 2012.

/s/  Richard A. Sayles
Richard A. Sayles