# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MOBILEMEDIA IDEAS, LLC<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION<br><br>　　　　　Defendants. | Civil Action No. 3:11-CV-2353-N<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiff, MobileMedia Ideas, LLC, files this Notice of Appearance of Counsel, and hereby notifies the Court that Mark D. Strachan of the law firm Sayles Werbner, P.C., 4400 Renaissance Tower, 1201 Elm Street, Dallas, Texas 75270, is appearing as counsel for Plaintiff, MobileMedia Ideas, LLC, in the above-referenced matter.  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced below.

Dated:  October 25, 2012　　　　　　　　　/s/  Mark D. Strachan  
　　　　　　　　　　　　　　　　　　　　Mark D. Strachan (mstrachan@swtriallaw.com)  
　　　　　　　　　　　　　　　　　　　　Richard A. Sayles (dsayles@swtriallaw.com)  
　　　　　　　　　　　　　　　　　　　　**SAYLES WERBNER**  
　　　　　　　　　　　　　　　　　　　　1201 Elm Street, 44th Floor  
　　　　　　　　　　　　　　　　　　　　Dallas, TX 75270  
　　　　　　　　　　　　　　　　　　　　Telephone: (214) 939-8700  
　　　　　　　　　　　　　　　　　　　　Facsimile: (214) 939-8787  

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff MobileMedia Ideas, LLC*

2

**CERTIFICATE OF SERVICE**

      I certify that counsel of record have been served with a copy of the foregoing document via the Court's CM/ECF system according to Local Rule CV-5 on this 25th day of October, 2012.

                                       /s/ Mark D. Strachan
                                       Mark D. Strachan