# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:11-cv-02353-N |
| | § | |
| RESEARCH IN MOTION LIMITED, and RESEARCH IN MOTION CORPORATION | § § § | |
| | § | |
| Defendants. | § | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Local Civil Rule 83.12, Michael P. Lynn, Eric W. Pinker and Mark E. Turk move to withdraw as counsel of record for Plaintiff MobileMedia Ideas LLC ("MobileMedia"). MobileMedia has agreed to this request and has retained new local counsel for this matter. The succeeding attorneys for MobileMedia are:

>Richard A. Sayles (dsayles@swtriallaw.com)
>Mark D. Strachan (mstrachan@swtriallaw.com)
>**SAYLES WERBNER**
>1201 Elm Street, 44th Floor
>Dallas, TX 75270
>Telephone: (214) 939-8700
>Facsimile: (214) 939-8787

Messrs. Sayles and Strachan have appeared in this case.

WHEREFORE, PREMISES CONSIDERED, Michael P. Lynn, Eric W. Pinker and Mark E. Turk request to withdraw as counsel of record for Plaintiff MobileMedia Ideas, LLC.

Respectfully submitted,

/s/ *Eric W. Pinker, P.C.*
Michael P. Lynn
State Bar No. 12738500
Email: mlynn@lynnllp.com
Eric W. Pinker, P.C.
State Bar No. 16016550
Email: epinker@lynnllp.com
Mark E. Turk
State Bar No. 00786298
Email: mturk@lynnllp.com
LYNN TILLOTSON PINKER & COX, LLP
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
Tel: (214) 981-3800
Fax: (214) 981-3839

**ATTORNEYS FOR PLAINTIFF
MOBILEMEDIA IDEAS, LLC**

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that he has personally conferred with counsel for Defendants concerning the relief requested by this motion. Defendants do not oppose the relief requested.

/s/ *Mark E. Turk*
Mark E. Turk

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 26, 2012, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule Cv-5(a)(3).

>                     /s/ *Eric W. Pinker, P.C.*
>                     Eric W. Pinker, P.C.