IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS LLC, | § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 3:11-CV-02353-N |
| RESEARCH IN MOTION LIMITED, and RESEARCH IN MOTION CORPORATION, | § § § § | |
| Defendants. | § § | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Local Civil Rule 83.12, Samuel F. Baxter, John Franklin Garvish and Kristi Jean Thomas, of McKool Smith, P.C., move to withdraw as counsel of record for Plaintiff MobileMedia Ideas LLC ("MobileMedia"). MobileMedia has agreed to this request and has retained new local counsel for this matter. The succeeding attorneys for MobileMedia are:

Richard A. Sayles (dsayles@swtriallaw.com)
Mark D. Strachan (mstrachan@swtriallaw.com)
Sayles Werbner
1201 Elm Street, 44th Floor
Dallas, TX 75270
(214) 939-8700
(214) 939-8787 FAX

Messrs. Sayles and Strachan have appeared in this case.

McKool 837111v1

WHEREFORE, PREMISES CONSIDERED, Samuel F. Baxter, John Franklin Garvish and Kristi Jean Thomas, and McKool Smith, P.C., request to withdraw as counsel of record for Plaintiff MobileMedia Ideas, LLC.

Date:  November 7, 2012                                                     McKOOL SMITH, P.C.

                                                                             s/ Samuel F. Baxter
                                                                             Samuel F. Baxter
                                                                             104 E. Houston, Suite 300
                                                                             Marshall, TX  75670
                                                                             (903) 923-9000
                                                                             (903) 923-9099 FAX
                                                                             sbaxter@mckoolsmith.com

                                                                             John Franklin Garvish
                                                                             Kristi Jean Thomas
                                                                             McKool Smith, P.C.
                                                                             300 West Sixth St
                                                                             Suite 1700
                                                                             Austin, TX 78701
                                                                             (512) 692-8731
                                                                             (512) 692-8744 FAX
                                                                             jgarvish@mckoolsmith.com

                                                                             **ATTORNEYS FOR PLAINTIFF**
                                                                             **MOBILEMEDIA IDEAS, LLC**

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that he has personally conferred with counsel for Defendants concerning the relief requested by this motion.  Defendants do not oppose the relief requested.

                                                                             s/ Samuel F. Baxter
                                                                             Samuel F. Baxter

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic serve are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3) on the 7th day of November, 2012.

s/ Samuel F. Baxter
Samuel F. Baxter

McKool 837111v1