IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:11-CV-02353-N |
| | § | |
| RESEARCH IN MOTION LIMITED, and | § | |
| RESEARCH IN MOTION | § | |
| CORPORATION, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this date, the Court considered and found merit in Plaintiff MobileMedia Ideas, LLC's Unopposed Motion for Withdrawal of Counsel.

IT IS THEREFORE ORDERED that Plaintiff's Unopposed Motion for Withdrawal of Counsel is hereby GRANTED and Samuel F. Baxter, John Franklin Garvish, Kristi Jean Thomas of McKool Smith, P.C., are hereby withdrawn as counsel for Plaintiff MobileMedia Ideas LLC.

Signed November 9, 2012.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE