**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:11-cv-02353-N |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION

Plaintiff MobileMedia Ideas LLC ("MobileMedia") and defendants Research In Motion Limited and Research In Motion Corporation ("RIM") hereby stipulate to the authenticity of documents downloaded from RIM's website and produced by MobileMedia (publicly available at http://us.blackberry.com/support.html?lid=us:bb:support&lpos=us:bb:support) as follows:

The documents produced by MobileMedia bearing production numbers MMI-R_00156544 – MMI-R_00225679, MMI-R_00225680 – MMI-R_00225708, MMI-R_00225740 – MMI-R_00225775 and MMI-R_00226220 – MMI-R_00227552 are an accurate reproduction of the original documents that are maintained in RIM's files and are authentic within the meaning of Rule 901 of the Federal Rules of Evidence.

| | |
|---|---|
| November 13, 2012 | Respectfully submitted, |

By: /s/ Mark D. Strachan
Richard A. Sayles
Mark D. Strachan
SAYLES WERBNER
1201 Elm Street, 44th Floor
Dallas, TX 75270
Telephone: (214) 939-8700
Facsimile: (214) 939-8787

PROSKAUER ROSE LLP
Steven M. Bauer (*admitted pro hac vice*)
Justin J. Daniels (*admitted pro hac vice*)
Safraz W. Ishmael (*admitted pro hac vice*)
One International Place
Boston, MA 02110-2600
(617) 526-9600

PROSKAUER ROSE LLP
Kenneth Rubenstein (*admitted pro hac vice*)
Anthony Coles (*admitted pro hac vice*)
Alan Federbush (*admitted pro hac vice*)
Eleven Times Square
New York, NY 10036
(212) 969-3000

*Attorneys for Plaintiff
MobileMedia Ideas LLC*

By: /s/ John R. Emerson
John R. Emerson
russ.emerson@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219-7673
Telephone: 214.651.5328
Facsimile: 214.200.0884

Mark G. Matuschak
mark.matuschak@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

S. Calvin Walden
calvin.walden@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

James M. Dowd
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Gregory H. Lantier
gregory.lantier@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW

Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Joe W. Redden, Jr.
State Bar No. 16660600
jredden@brsfirm.com
Michael Richardson
State Bar No. 24002838
mrichardson@brsfirm.com
BECK REDDEN & SECREST, LLP
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

*Attorneys for Defendants*
*Research in Motion Limited and*
*Research in Motion Corporation*

## **CERTIFICATE OF SERVICE**

I certify that counsel of record have been served with a copy of the foregoing document via the Court's CM/ECF system according to Local Rule CV-5 on this 13th day of November, 2012.

/s/ Mark D. Strachan
Mark D. Strachan