IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS, LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § | Civil Action No. 3:11-CV-2353-N |
| RESEARCH IN MOTION, LIMITED, *et al.*, | | |
| Defendants. | | |

## **ORDER**

It is hereby ordered that all matters in this case are stayed pending the filing of a revised scheduling order.

SIGNED January 14, 2013.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE