**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC, § <br> § <br> Plaintiffs § <br> § <br> v. § <br> § <br> RESEARCH IN MOTION LIMITED and § <br> RESEARCH IN MOTION CORPORATION, § <br> Defendants. § <br> § | Civil Action No. 3:11-cv-02353-N <br><br> JURY TRIAL DEMANDED |

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Defendants RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION ("RIM"), file this Notice of Entry of Appearance of Counsel on behalf of RIM:

Winstol D. Carter, Jr.
Texas Bar No. 03932950
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002
Telephone: 713-890-5140
Facsimile: 713-890-5001
E-mail: wcarter@morganlewis.com

Date: February 28, 2013 MORGAN, LEWIS & BOCKIUS LLP

By: /s/ *Winn Carter*
Winstol D. Carter, Dr.
Bar No. 03932950
1000 Louisiana Street, Suite 4000
Houston, TX  77002
E-mail: wcarter@morganlewis.com
Telephone: 713-890-5140
Fax: 713-890-5001

Ahren C. Hsu-Hoffman (*Pro Hac Vice*)
Corey R. Houmand (*Pro Hac Vice*)
Daniel Johnson, Jr. (*Pro Hac Vice*)
Dion M. Bregman (*Pro Hac Vice*)
Jason E. Gettleman (*Pro Hac Vice*)
Michael John Lyons (*Pro Hac Vice*)
Michael F. Carr (*Pro Hac Vice*)
MORGAN LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real
Suite 700
Palo Alto, CA 94306-2122
650/843-7250
Email: ahsu-hoffman@morganlewis.com
Email: choumand@morganlewis.com
Email: djjohnson@morganlewis.com
Email: dbregman@morganlewis.com
Email: jgettleman@morganlewis.com
Email: mcarr@morganlewis.com
Email: mlyons@morganlewis.com

Attorneys for Defendants
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

## **CERTIFICATE OF SERVICE**

      I, Winstol D. Carter, Jr., counsel for Defendants RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION ("RIM"), filed a true and correct copy of this document via the Northern District's ECF System on February 28, 2013.  Pursuant to Rule 5.1(d) of the Local Civil Rules, "[d]elivery of the notice of electronic filing that is automatically generated by ECF constitutes service under Fed. R. Civ. P. 5(b)(2)(E) on each party who is a registered user of ECF."

                                                /s/ *Winn Carter*
                                                _____
                                                Winstol D. Carter, Jr.