IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOBILEMEDIA IDEAS LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 3:11-cv-02353-N |
| | § | |
| v. | § | |
| | § | |
| RESEARCH IN MOTION LIMITED and | § | JURY TRIAL DEMANDED |
| RESEARCH IN MOTION | § | |
| CORPORATION, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER GRANTING WILMER CUTLER PICKERING HALE AND DORR LLP'S**
**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

On this date, this Court considered the unopposed motion of the law firm of Wilmer

Cutler Pickering Hale and Dorr LLP to withdraw as counsel of record for Defendants Research

in Motion Limited and Research in Motion Corporation (together "Defendants") and is of the

opinion that it should be granted.  It is, therefore,

ORDERED that all attorneys with the law firm of Wilmer Cutler Pickering Hale and Dorr

LLP who have made an appearance in this matter are hereby considered withdrawn as counsel

for Defendants and all future correspondence to Defendants should be directed to successor

counsel.

SIGNED May 13, 2013.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE